IN THE UNITED STATES BANKRUPTCY COURT
For the DISTRICT of COLORADO
DENVER DIVISION

|  |  |
|---|---|
| In re:<br>Aaron Houdeshell<br><br>Debtor(s) | Chapter: 7<br>REQUEST FOR SPECIAL NOTICE<br>Case Number: 13-17264-ABC<br>Assigned to the Honorable:<br>A. Bruce Campbell<br>[No Hearing Required] |

TO THE CLERK:

The undersigned attorneys for:

CAPITAL ONE, N.A.
Merchant Name: BEST BUY CO., INC.

a creditor of the above referenced debtor.

Pursuant to the provisions of the Bankruptcy Code and Bankruptcy Rule 2002:

REQUEST IS HEREBY MADE that CAPITAL ONE, N.A. be given and served with all notices given or required to be given in the case as follows:

CAPITAL ONE, N.A.
Bass & Associates, P.C.
3936 E. Ft. Lowell Road, Suite #200
Tucson, AZ 85712

Accordingly, the undersigned attorney further requests that the foregoing name and address be added to the Master Mailing List.

Dated: 06/05/13
Account Number: *************7270

Respectfully submitted,
Bass & Associates, P.C.

By: /s/ Patti H. Bass  (AZ 016849)
Patti H. Bass  (AZ 016849)
Attorneys for Creditor
CAPITAL ONE, N.A.
3936 E Ft Lowell Rd Suite 200
Tucson, AZ  85712-1083
(520) 577-1544
ecf@bass-associates.com